IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WILDRICK WILLIAMS, DAMIEN DELOACH, DEVIN JERMAINE GAUT AND KELVIN DION KING, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | § § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 2:15-CV-199 |
| vs. | § § | JURY TRIAL DEMANDED |
| GO FRAC, LLC, | § § | CLASS ACTION |
| Defendant. | § § | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE JUDGE OF SAID COURT:

Go Frac, LLC ("Go Frac" or "Defendant"), hereby certifies the following to be persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities known to them to be financially interested in the outcome of this case:

1. Wildrick Williams, Plaintiff

2. Damien Deloach, Plaintiff

3. Devin Jermaine Gaut, Plaintiff

4. Kelvin Dion King, Plaintiff

5. D Scott Carlile
   The Carlile Law Firm LLP
   400 South Alamo
   Marshall, TX 75670
   Attorney for Plaintiff

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS- PAGE 1**

6.         Allen Ryan Vaught
           Baron & Budd, PC - Dallas
           3102 Oak Lawn Avenue
           Suite 1100
           Dallas, TX 75219
           Attorney for Plaintiff

7.         Go Frac, LLC, Defendant

8.         John D. Smart
           Marcus D. Brown
           WINSTEAD PC
           500 Winstead Building
           2728 N. Harwood Street
           Dallas, Texas 75201
           **Attorneys for Defendant Go Frac, LLC**

9.         James J. Parks, Esq.
           Jaffe Raitt Heuer & Weiss, P.C.
           27777 Franklin Road
           Suite 2500
           Southfield, Michigan  48034
           **Attorney for Defendant Go Frac, LLC**

Respectfully submitted,

**WINSTEAD PC**

By: */s/ Marcus D. Brown*

John D. Smart, Esq.
Texas State Bar No. 18523310
jsmart@winstead.com
Marcus D. Brown, Esq.
Texas State Bar No. 24050340
mbrown@winstead.com
2728 N. Harwood Street
500 Winstead Building
Dallas, Texas 75201
(214) 745-5400 – Telephone
(214) 745-5390 – Fax

*and*

        James J. Parks, Esq.
        jparks@jaffelaw.com
        Jaffe Raitt Heuer & Weiss, P.C.
        27777 Franklin Road
        Suite 2500
        Southfield, Michigan  48034
        (248) 351-3000 – Telephone
        (*Admission Pro Hac Vice To Be Filed*)

        **ATTORNEYS FOR DEFENDANT**
        **GO FRAC, LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing instrument has been served upon Plaintiff's counsel of record via electronic filing this 26th day of March, 2015.

        */s/ Marcus D. Brown*
        MARCUS D. BROWN