IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Wildrick Williams, et al., | § | |
| | § | |
|    Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 2:15-cv-00199-JRG |
| | § | |
| Go Frac, LLC, | § | |
| | § | |
|    Defendant. | § | |

## ORDER

    Before the Court is the Agreed Motion for Leave to Appear by Telephone at Hearing on Final Approval of Class Action Settlement filed by Plaintiffs Wildrick Williams, Damien DeLoach, Devin Jermaine Gaut, Kelvin Dion King, and Theodore Hinson (collectively "Plaintiffs"), on behalf of the class members in the above-captioned lawsuit, and Defendant Go Frac, LLC ("Go Frac" or "Defendant"). (Dkt. No. 43, the "Motion for Telephonic Appearance"). Having considered the Motion for Telephonic Appearance and noting that the requested relief is agreed to by the Parties, the Court hereby **GRANTS** the Motion for Telephonic Appearance.

    It is **ORDERED** that counsel for Plaintiffs and Defendant may appear before the Court telephonically as to the hearing on final approval of class action settlement. The Court will provide further instructions regarding the telephonic hearing, including instructions on how to join the Court's conference line, directly to the parties.

    **So ORDERED and SIGNED this 20th day of April, 2017.**

 

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE